# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD a/s/o SOUTH GEORGIA PECAN CO., INC., | : : : : | |
| Plaintiff, | : : | Civil Action No. 7:05-CV-31-HL |
| v. | : : | |
| THE GENLYTE GROUP, INC., and GENLYTE THOMAS GROUP, LLC, | : : : | |
| Defendants. | : : | |

## ORDER

Before the Court is the parties' stipulation of dismissal (Doc. 131), in which the parties stipulate to the dismissal with prejudice of this lawsuit. On October 16, 2007, the parties filed a motion to administratively terminate this case (Doc. 129) on the ground that the parties had reached a settlement in this matter. Subsequently, on October 18, 2007, this Court ordered that this "action be dismissed without costs other than those due this court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice." (Doc. 130). Thus, this action was already dismissed and unless the parties to this case reopen the action within ninety days from October 18 the case will stand dismissed with prejudice. As a result, there is no reason why this Court should take any action with respect to the parties' stipulation of dismissal, and therefore, the stipulation

is denied as moot.

**SO ORDERED**, this the  17th  day of December, 2007.

                                        /s/ Hugh Lawson
                                    **HUGH LAWSON, Judge**

dhc